Received

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 10 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Carolyn L. Alexander + Roger Walter Stewart Jr

Plaintiff,

1160 Planning mill Road
Home Greensboro, Georgia 30642

(Carolyn Alexander)
Mailing Address,
1150 pear orchard
Road Greensboro
Ga 30642

v.

Case Number: 1:21-CV-5073

Kililo Kijakazi;

Defendant.

1100 west Highrise
6401 Security BLVD,
Baltimore MD.
21235

Falsifying letters Dated 10/21/21
Demand Injury $1 Million Dollars

We want an Audit of All money collected from Roger Walter Stewart Jr money collection received by SSA Athens Georgia from recipients Benefits Audit of fradulent income statement sent ~~without~~ the money that Mr Amos employee Deducted from Benefits Carolyn Alexander is payee for her son College Student- Remove falsification of letter A Cease A Desist letter was written And received!

Reconsideration Notices and No Due Process, No letters sent out to confirm! (Cease and Desist Letter sent to Covington AND Athens SSA Offices I have return Recipts)

Amanda Stevens Micheal Walker Rebecca Hewitt were sent return reciepts that were recieve as confirmation

Amanda Stevens is protecting Mr Amos He Has Stolen SSA Benefits from recipients

Some one from the SSA Kay Loggins Amanda Stevens Micheal Walker Called made illegal changes to Bank Accouts, Medicare and Others - No DUE Process! Intimidation is a CRIME They Are Guilty! Roger Ash JR Carolyn Allada

1. Falsification of letters, documents
2) Fraudulant overpayment collection
   A) 10 years old Fraud (Do not owe)
   B) Fraud
   B) Collection from recipient under 18 years old
      money is owed to recipient
3) Fraudulant Income Statements sent to parent of a child under 18 years old
   Need Audit of All money received by Social Security ADM.
4) Discrimination
   A) Slander, Difmation of character neglect
   B) Falsification of letters and documents
5) No Due Process
   A No letter sent with Actions taken to Change Banking Account information
6) Never Recieved Ticket to work or Trial work period
7) Neglected to help recipiant create a profile
8) According to disability law federal 508 no compliance to release disable person letters and forms in profile
9) Hostile communication Hanging up phone never returning phone calls cohercing manners inticment intimidation

Tifton Office (Brooke Pate) taking entire $54.00 Dollars in SSI payent from Carolyn Alexander (No overpayment is owed) Fraud Has not received SSI check in 4 months Fradulant claims of overpayments According to:

Amanda Stevens Prince Avenue office manager Athens, Georgia

Micheal Walker Supervisor admits that he was at the January 6, 2021 surreetion (ku) on the Capitol, he said he broke some windows!

Amanda Stevens said 'A Black NIGGER Woman is Unfit' said to Carolyn Alexander And she referenced this to her Boss Commissioner Kililo Kijakazi

Amanda Stevens falsified Documents in reference to Roger Walter Stewart Jr. She is protecting Her ~~⬛~~ employee Mr Amos Who Has Stolen from the Social Security ADminstration She Hired Mr Amos employee of SSA

<u>Mrs Manley</u> - Answers phone for central office Has been very unprofessnol motivated by racism Hostile Hate.

<u>Mrs Glover</u> - Hostile manner answers phone at central office Hostility motivated by racism Hate

Rebecca Hewitt - Hostile Hate Discrimination manager Covington is not skilled or qualified to be manager of SSA office

Manger: Milledgville office - Heyward Has threaten Carolyn Alexander and Has made many mistakes on Benett informaton Do not qualify to be Manager I was told that He treats emplyees Hostile and He is a Tyrant According to Mrs Ward.

<u>Mr Amos</u> employee of Athens prince Ave office Has Stolen money from Roger Walter Stewart Jr The recipient's checks Has Been getting deduction for more than a 10 year span. Mr Amos has worked there over 12 years Roger Walter Stewart Jr check is not correct <u>Mr Amos</u> has committed FrauD.

<u>Amanda Stevens</u>, <u>Micheal Walker</u> employee managers of SSA in Prince Ave Athens falsified letter Dated <u>10/21/21</u> – No changes were requested by Roger Walter Stewart Jr. they refuse to listen and change the fraud- falsified Document letter referenced to - Cease AND Desist Letter sent to received by <u>Kay Loggins</u> of Covington Ga. employee Specialist falsified letter claim a false Conversation with recipient.

Central Office! P

<u>Ryan Young</u> - Hostile Neglect Discern rate All these employees Have been totally unprofessional Unprofessional. Hang ups never call Back to assist with Fraudulent claims No Due Process!